**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1229**

MICHAEL FIELD,

              Plaintiff – Appellant,

        v.

GMAC LLC; GENERAL MOTORS CORPORATION; MOTORS INSURANCE
CORPORATION,

              Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:08-cv-00294-JBF-FBS)

Submitted:  July 23, 2009            Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Field, Appellant Pro Se.  Kathleen Joanna Lynch Holmes,
WILLIAMS MULLEN, McLean, Virginia, Matthew Stephen Sheldon,
Stephen Gerard Test, WILLIAMS MULLEN, Virginia Beach, Virginia;
Brian Richard Greene, Cullen Dennis Seltzer, SELTZER GREEN, PLC,
Richmond, Virginia, Jeffrey Jay Jones, JONES DAY, Columbus,
Ohio, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Field appeals the district court's orders granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss his complaint, and denying his self-styled "Motion to Amend Judgment Entered by the Court on November 21, 2008." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Field v. GMAC LLC, No. 2:08-cv-00294-JBF-FBS (E.D. Va. Nov. 21, 2008; Jan. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED